IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BABYAGE.COM, INC.,                :
                                  :
       Plaintiff,                :
                                  :
v.                                :   3:14-CV-00431
                                  :   (JUDGE MARIANI)
CENTER FOR ENVIRONMENTAL          :
HEALTH,                           :
                                  :
       Defendant.                :

## ORDER

**AND NOW, THIS 27TH DAY OF FEBRUARY, 2015**, consistent with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Dismiss (Doc. 10) is **GRANTED**.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED** for lack of personal jurisdiction.

3. Defendant's Motion for Sanctions (Doc. 14) is **DENIED**.

4. The Clerk of Court is **DIRECTED** to close the case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge